IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>Defendant. | Civil Action No. 2:24-cv-01305 |

### ENTRY OF APPEARANCE

Please enter the appearance of Joseph G. Grady record on behalf of **Defendant, JS Hyundai of Valley Stream, LLC d/b/a South Shore Hyundai, improperly pled as South Shore Hyundai, LLC** in the above referenced matter.

Respectfully submitted,

**McANGUS GOUDELOCK & COURIE LLC**

Dated: May 14, 2024

_____
Joseph G. Grady, Esq.
McAngus, Goudelock & Courie, LLC
2000 Market Street, Suite 780
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
Phone: (484) 406-4200
Email: joe.grady@mgclaw.com

*Attorneys for Defendant,
JS Hyundai of Valley Stream, LLC d/b/a South Shore Hyundai, improperly pled as South Shore Hyundai, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>Defendant. | Civil Action No. 2:24-cv-01305 |

**CERTIFICATE OF SERVICE**

I, Joseph G. Grady, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing by ECF on all counsel of record on this 14th day of May 2024.

_____
Joseph G. Grady, Esq.

Date: May 14, 2024