IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>Defendant. | Civil Action No. 2:24-cv-01305 |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2024, upon consideration of Defendant, JS Hyundai of Valley Stream, LLC d/b/a South Shore Hyundai, improperly pled as South Shore Hyundai, LLC's (hereinafter "South Shore") Uncontested Motion to Extend Time, it is hereby **ORDERED** as follows:

1. South Shore's Motion to Extend Time is **GRANTED**; and

2. South Shore shall move or otherwise respond to Plaintiffs' Complaint on or before June 21, 2024.

**BY THE COURT:**

_____
QUINONES ALEJANDRO, NITZA I., J.