# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WEIHARIK GARCIA**, Individually and on behalf of all others similarly situated, | : : : : | **CIVIL ACTION**<br><br>**NO. 24-1305** |
| *Plaintiff* | : | |
| v. | : : | |
| **SOUTH SHORE HYUNDAI**, | : | |
| *Defendant* | : : | |

# ORDER

**AND NOW**, this 14th day of May 2024, upon consideration of Defendant's *uncontested motion to extend time to move or otherwise respond to Plaintiff's complaint*, (ECF 5), and for good cause, it is hereby **ORDERED** that the motion is **GRANTED**. Accordingly, Defendant shall move or otherwise respond to Plaintiff's complaint by June 21, 2024.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*