IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>      Defendant. | Civil Action No. 2:24-cv-01305 |

**CERTIFICATE OF SERVICE**

  I, Eric. A. Fitzgerald, Esquire, hereby certify that a true and correct copy of the foregoing Motion to Dismiss was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on all counsel of record on this 21st day of June 2024.

                */s/ ECF*

                _____
                Eric A. Fitzgerald, Esq.
                Joseph G. Grady, Esq.

Date:  June 21, 2024