IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>       Defendant. | Civil Action No. 2:24-cv-01305 |

## ORDER

AND NOW, this _____ day of _____ 2024, upon consideration of Defendant JS Hyundai of Valley Stream, LLC d/b/a South Shore Hyundai, improperly pled as South Shore Hyundai, LLC's ("SSH") Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6), **IT IS HEREBY ORDERED THAT**:

1. SSH's Motion to Dismiss Plaintiffs' Complaint is **GRANTED** and all of Plaintiffs' claims against SSH are **DISMISSED** in their entirety **WITH PREJUDICE**.

                BY THE COURT:

                _____
                **NITZA I. QUIÑONES ALEJANDRO**
                Judge, United States District Court