IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WEIHARIK GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>SOUTH SHORE HYUNDAI, LLC<br><br>Defendant. | Case No. 2:24-cv-01305<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL PURSUANT TO LOCAL RULE 41.1(b)

Plaintiff Weiharik Garcia ("Ms. Garcia"), by her undersigned counsel, and Defendant JS Hyundai of Valley Stream, LLC d/b/a South Shore Hyundai, improperly pled as South Shore Hyundai, LLC ("SSH"), by its undersigned counsel, notify the Clerk that they have settled this matter and hereby stipulate to dismissal of this action pursuant to Local Rule 41.1(b).

Dated: July 9, 2024

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff*

Eric A. Fitzgerald, Esq.
Joseph G. Grady, Esq.
McAngus, Goudelock & Courie, LLC
2000 Market Street, Suite 2850
Philadelphia, PA 19103
Mailing Address: P.O. Box 12519
Columbia, SC 29211
Phone: (484) 406-4200
Email: eric.fitzgerald@mgclaw.com
*Attorneys for Defendant,*
*JS Hyundai of Valley Stream, LLC d/b/a*
*South Shore Hyundai, improperly pled as*
*South Shore Hyundai, LLC*